(Revised 01/98)   CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE

DATE 9-17-10 - WICHITA

CASE NO. 10-10139-02-WEB - UNITED STATES vs. Jason A. Unruh   AGE FILED 37

FILED
U.S. District Court
District of Kansas
SEP 17 2010
Clerk, U.S. District Court
By V. Klem Deputy Clerk

**APPEARANCES:**
Government:
- ( ) Lind
- ( ) Watson
- ( ) Furst
- ( ) Metzger
- ( ) Barnett
- ( ) Welch
- ( ) Anderson
- (✓) Treaster
- ( ) Sublet
- ( ) Smith
- ( ) Hart

Defendant: (✓) In Person   (✓) By Counsel: Mike Hepperly
( ) Retained   (✓) Appointed   CJA

**JUDGE:**
- ( ) Humphreys
- (✓) Gale

**CLERK:**
- (✓) Stimits
- ( ) Carter

**U.S. PROBATION:**
- ( ) Madden
- (✓) Chirinos

**Proceedings:**
- ( ) Preliminary Hearing
- (✓) Rule 5 (6 min.)
- ( ) Bond Hearing
- ( ) Held
- ( ) Detention
- ( ) Bond Revoc.
- ( ) Waived
- ( ) Arraignment   ( ) Sentence
- ( ) Probation/Supervised Release Violation

ARRAIGNMENT AND PLEA / RULE 5 / OMNIBUS   Arrest Date 9-16-10

- (✓) Charges explained to the Defendant
- (✓) Defendant sworn & examined re: financial status
- (✓) Defendant's constitutional rights explained
- ( ) Defendant declined to waive indictment
- ( ) Signed Waiver of Indictment
- ( ) Advised of Rights under
- ( ) Signed Consent to Transfer (Rule 20)
- ( ) Petition to enter plea filed
- ( ) Interpreter   ( ) Appointed
- (✓) Counsel appointed CJA
- (✓) Felony   ( ) Misdemeanor
- ( ) Will be presented to next Grand Jury
- ( ) Signed Waiver by Juvenile   ( ) Inform. filed
- ( ) Rule 20   ( ) Rule 40
- ( ) Signed Consent to Proceed Before Magistrate
- ( ) Plea Agreement attached
- ( ) Sworn   Name:_____
- (✓) No. of Counts: 7 + Forfeiture

( ) ARRAIGNMENT AND PLEA:
- ( ) Waived Reading   ( ) Indictment   ( ) Information   ( ) Read to Defendant
- ( ) Previous Plea   ( ) Guilty   ( ) Not Guilty   Counts:____ withdrawn
- ( ) Guilty   Counts:____ accepted
- ( ) Not Guilty   Counts:____

- ( ) Judgment Deferred   ( ) Pre-Sentence Investigation   ( ) Continued to:____
- ( ) Bond   ( ) Fixed at   ( ) Remain at: $____   ( ) Continued on present bond.
- ( ) Transfer under Rule 40 to the ____ District of ____
- ( ) Release Order   ( ) Executed   ( ) Continued in effect   (✓) Remanded to Custody
- ( ) Detention Ordered   (✓) Temporary Detention Ordered
- ( ) Set for Trial: ____ at ____ a.m./p.m. before Judge ____

Motions to be filed ____ Response(s) to Motions to be filed ____ Motions to be heard on ____ at ____ a.m./p.m. before Judge ____

Defendant's next appearance 9-22-10 at 1:30 a.m./p.m. before Judge Humphreys for:
(✓) Detention hearing   (✓) Arraignment   ( ) ____

Miscellaneous: 1:35 - 1:41