IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 10-10139-02-web |
| ) | |
| v. ) | |
| ) | |
| JASON A. UNRUH, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ENTRY OF APPEARANCE

COMES NOW Michael D. Hepperly and enters his appearance on behalf of the Defendant, Jason A. Unruh.

RESPECTFULLY submitted this 21st day of September, 2010.

        s/Michael D. Hepperly
        MICHAEL D. HEPPERLY, KSB# 09542
        Michael D. Hepperly Law Office, Chtd.
        310 W. Central, Suite 119
        Wichita, KS 67202
        Tel: (316) 267-5330
        Fax: (316) 267-6589
        Email: mhepperly@aol.com
          *ATTORNEY FOR DEFENDANT*
          *Jason A. Unruh*

2

**CERTIFICATE OF SERVICE**

     I hereby certify that on September 21, 2010, I caused to be electronically filed, the foregoing ENTRY OF APPEARANCE with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

        Alan G. Metzger, Office of United States Attorney
        email to: alan..metzger@usdoj.gov

                                                s/Michael D. Hepperly
                                                MICHAEL D. HEPPERLY