(Revised 01/98)  CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE

DATE _9-22-10_ - WICHITA

CASE NO. _10-10139-02-_ UNITED STATES vs. _Jason A. Unruh_   AGE:
WEB

**FILED**
U.S. District Court
District of Kansas

SEP 29 2010

Clerk, U.S. District Court
By _____ Deputy Clerk

APPEARANCES:

Government:
( ) Lind
( ) Watson
( ) Furst
( ) Metzger
( ) Barnett
( ) Welch
( ) Anderson
( ) Treaster
(✓) Sublet
( ) Smith
( ) Hart

Defendant: (✓) In Person  (✓) By Counsel: _Mike Happerly_
( ) Retained    (✓) Appointed

JUDGE:
(✓) Humphreys
( ) Gale

CLERK:
(✓) Stimits
( ) Carter

U.S. PROBATION:
(✓) Madden
( ) Chirinos
( ) _____

Proceedings:
( ) Preliminary Hearing
( ) Rule 5
( ) Bond Hearing
( ) Held, waived
(✓) Detention
( ) Bond Revoc.
( ) Waived  ( 4 min. )
(✓) Arraignment  ( ) Sentence
( ) Probation/Supervised Release Violation

ARRAIGNMENT AND PLEA / RULE 5 / OMNIBUS    Arrest Date _____

(✓) Charges explained to the Defendant
( ) Defendant sworn & examined re: financial status  ( )   Counsel appointed
( ) Defendant's constitutional rights explained  (✓)   Felony ( )  Misdemeanor
( ) Defendant declined to waive indictment  ( )   Will be presented to next Grand Jury
( ) Signed Waiver of Indictment  ( )   Signed Waiver by Juvenile  ( )  Inform. filed
( ) Advised of Rights under  ( )   Rule 20  ( )  Rule 40
( ) Signed Consent to Transfer (Rule 20)  ( )   Signed Consent to Proceed Before Magistrate
( ) Petition to enter plea filed  ( )   Plea Agreement attached
( ) Interpreter  ( )Appointed  ( )   Sworn    Name:_____

(✓) ARRAIGNMENT AND PLEA:
(✓) Waived Reading  (✓) Indictment  ( ) Information
( ) Previous Plea  ( ) Guilty  ( ) Not Guilty
( ) Guilty
(✓) Not Guilty

+ Forfeiture
(✓) No. of Counts: _1_
( ) Read to Defendant
Counts:_____ withdrawn
Counts:_____ accepted
Counts:_____

( ) Judgment Deferred  ( ) Pre-Sentence Investigation  ( )  Continued to:_____
( ) Bond  ( ) Fixed at  ( ) Remain at: $_____  ( )  Continued on present bond.
( ) Transfer under Rule 40 to the _____ District of _____
( ) Release Order  ( ) Executed  ( ) Continued in effect  (✓) Remanded to Custody
(✓) Detention Ordered  ( ) Temporary Detention Ordered

( ) Set for Trial:_____ at _____ a.m./p.m. before Judge _____

Motions to be filed _____ Response(s) to Motions to be filed _____ Motions to be heard

on _____ at _____ a.m./p.m. before Judge _____

Defendant's next appearance _per order_ at _____ a.m./p.m. before Judge _Brown_ for:

( ) Detention hearing  ( ) Arraignment  ( ) _____

Miscellaneous: _1:55-1:59 Defendant waived his right to a detention hearing. The Court accepted the waiver and sustained the US Government motion for detention._