FILED
U.S. District Court
District of Kansas

SEP 29 2010

Clerk, U.S. District Court
By _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JASON A. UNRUH, )<br>)<br>Defendant. )<br>_____) | Case No. 10-10139-02-WEB |

## WAIVER OF DETENTION HEARING

I, Heracilo Marquez-Soto, having appeared before this Court and been advised of my rights under the Bail Reform Act, 18 U.S.C. § 3142, including my right to have a detention hearing, do hereby waive (give up) my right to a detention hearing.

_____
Defendant

9-28-10
Date

_____
Counsel for Defendant